IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RANDY FORREST**                                                      **PLAINTIFF**

v.                      **CASE NO. 2:23-CV-00217-BSM**

**UNITED STATES OF AMERICA**                              **DEFENDANT**

## ORDER

The United States' motion to dismiss [Doc. No. 2] is granted because Randy Forrest's complaint falls outside the statute of limitations. In 2019, Forrest filed an administrative tort claim with the Bureau of Prisons alleging inadequate medical care. Doc. No. 1 at ¶ 6. His claim was denied on January 10, 2020. *Id*. at ¶ 8. Forrest sued the United States on July 7, 2020, and his case was dismissed without prejudice after he moved for a voluntary dismissal. *Forrest v. United States*, No. 2:20-cv-141-BSM (E.D. Ark. Oct. 26, 2022), Doc. No. 32. He filed the current complaint on October 26, 2023.

Lawsuits filed under the Federal Tort Claims Act must be filed within six months of the agency's denial of the claim. 28 U.S.C. § 2401(b). Forrest was required to file suit by July 10, 2020 because his claim was denied by the BOP on January 10, 2020. He filed a timely complaint, but it was dismissed. For limitation purposes, a voluntary dismissal without prejudice "leaves the action as if suit had never been brought." *Curtis v. United. Transp. Union*, 648 F.2d 492, 495 (8th Cir. 1981). And the relation-back doctrine does not apply to claims filed in a new lawsuit. *Barnes v. United States*, 776 F.3d 1134, 1143 (10th Cir. 2015). Accordingly, Forrest's complaint is time-barred and is dismissed with prejudice.

IT IS SO ORDERED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE