IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RANDY FORREST**                                                                                           **PLAINTIFF**

v.                              CASE NO. 2:23-CV-00217-BSM

**UNITED STATES OF AMERICA**                                                           **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE